UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF Louisiana

Andrew Wetzel
V.
James Leblanc

21-809 Civil Action No.
SECT. S MAG 5 Section.

## Motion For Production

Petitioner moves the court to order the production of documents needed to support his petition;

(1) The original Detainer from 12/2020
(2) Any and all Detainers Filed After #1
(3) Any and all emails, letters, etc about maintaining the original Detainer (Filed 12/2020)
(4) Policy(s), S.O.P.(s), Rules, Laws, etc about placing of detainers
(5) COVID-19 policies, S.O.P.s, Rules, Laws, etc about parolees
(6) The petitioner's file with the Division of Parole & Probation to include all emails, notes, letters, etc

Wherefore the petitioner prays.

s/ [signature]
Andrew Wetzel
Pro se

TENDERED FOR FILING
EB
APR 21 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



Andrew D. Wetzel
#539179/C327
P.O. Box #908
Covington, LA 70433

U.S.D.C. - Eastern
Clerk of Clerk
500 Poydras St.
Room C-151
New Orleans, LA 70130

NOT CENSORED
ST TAMMANY PARISH JAIL

