TENDERED FOR
APR 21 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Andrew Wetzel
V.
James Leblanc

21-809 Civil Action No.
SECT. S MAG 5 Section.

## Motion For order To show Cause for a Preliminary Injunction and Temporary Restraining order

Petitioner moves this Court to issue an Temporary Restraining order and/or a Preliminary Injunction to the defendant and/or the Department of public Safety & Corrections and/or the Division of parole & probation enjoing the defendants and/or their agents from:

(1) enforcing the detainer against the petitioner, intill further notice of this Court

(2) Issuing parole detainers without first conducting an exam and evalution of the alleged violations

(3) Issuing a parole detainer against the petitioner, based upon the same or related violations as the detainer at issue

(4) Not screening offenders based upon COVID-19 vunabities, before placing a parole detainer, such as offenders with Asthma or other medical issues

(5) failure to follow esbation Rules, policies and Laws related to parole detainers

(6) Holding a hearing without counsel as per law.

Further petitioner moves this Court to issue an TRO and/or a preliminary Injuction ordering the defendants to preform the following:

(1) To Remove parole detainers, after the 10 days provided for under LA R.S. 15:574.9(D)(2)

(2) To Release the petitioner under gps monitoring, phone check-ins, and Radom check-ins, intill Further order by this Court

(3) To create a policy for screening offender's Records and/or violations before ~~preforming~~ Issuing a parole Detainer.

(4) To Screen offenders under COVID-19, before Placing parole Detainers

(5) forcing offenders from signing the "Notice of preliminary Hearing or waiver"

(6) From Inforcing petitioner's "notice of preliminary Hearing or waiver" agreement intill further orders of this Court

## HISTORY

On or about Dec 15, 2020 petitioner was arrested for Simple Burglary. On or about DEC 16, 2020 ~~the~~ ~~a~~ parole officer (unknown) placed a "parole detainer", without a hearing, against the petitioner. On or about DEC 17, 2020 Bond was set on petitioner's new charge. On or about DEC 27, 2020 petitioner's "parole detainer" expired as per RS 15:574.9 (D)(2). On or about JAN/2021 petitioner Requested via ARPS that the "parole Detainer" be removed, the defendant never Replied. On or about FEB/2021 petitioner State Habeas corpus, seeking Removal of the "parole detainer", which was denied. On or about JAN-FEB, 2021 Due To being unable to Bond out, Because of the Detainer, petitioner has Lost his Apartment, his Business/office, his Truck and Jobs. On or about FEB, 2021 the Judges all Recused themselfs from petitioners new charge. On or about FEB, 2021 the Public Defender's office Recused themselves from the petitioner's new case due to a Conflict, and petitioner "parole hearing".

The PDO asked the court to appoint a pro-Bono attorney. However, due to Louisiana's laws a pro-Bono attorney can not be appointed as The PDO has no funds to pay for the attorney. Since petitioner is entitled to Counsel before a parole hearing, and Counsel can't be appointed, no parole hearing can be held at any time. Thus holding the petitioner for ever further. Since the PDO handles parole hearings, and the PDO can't Rep the petitioner or appoint counsel due to a lack of funding, and since LA Law provides for no way for the parole Board to appoint conflict counsel or pay for such counsel, petitioner will be held forever on the parole detainer without a hearing. See Morrissey V. Brewer 408 U.S. 471

It should be noted that the jail the petitioner is being housed at is not following COVID-19 policies. There are no 6 feet apart, Beds are so close that the petitioner can reach out and touch someone, no masks are being worn by staff or offenders, no temp checks are being done, no soap is provided, no cleaning is being done. Petitioner is on several meds for asthma and is a High Risk for COVID-19.

## CASE LAW

In order to obtain Relief the petitioner bears the Burden of proving:

#1) a substantial likelihood of prevailing on the merits:
 (A) pursuant to LA law R.S. 15:574.9(D)(2) the detainer expired on or about Dec 27, 2020. As such petitioner will prevail on the merits
 (B) pursuant to Morrissey V. Brewer, petitioner is entitled to a preliminary Hearing, Since that hearing was never given, petitioner will prevail on the merits

(C) pursuant to State law, petitioner is entitled to appointed counsel, since no counsel is to be had, petitioner will prevail on the merits

#2 A Substantial Threat of irreparable Injury if not granted:
(A) Loss of petitioner's life, due to COVID-19
(B) Violations of petitioner's due process Rights, ongoing.
(C) Petitioner's continued holding without any date of Release
(D) Loss of petitioner's evidence, witnesses, etc
(E) Being held over the 60 days without a hearing as provided for by law

#3 That the threatened Injury outweights any harm that will Result to the Non-movant, if granted:
(A) No harm will be Bought to the Non-movant as Louisiana Law provides that (if) petitioner is found guilty of the felony his Parole will be Revoked without a hearing.
(B) No Louisiana Law Requires the detainer to be placed and/or held
(C) The petitier can be placed on 24/7 GPS monitoring and the defendants will know his wereabouts 24/7.
(D)

#4 that the Injunction will not disserve the public interest:
(A) the public will not be disserve by NOT having to pay for petitioner's medical care, Attorney fees, etc
(B) The public will not be disserve by having the department follow the law.
(C) The public will be served better by not having to be violated by the Department.

Wherefore the petitioner prays.

s/ [signature]
Andrew Wetzel
PROSE' Petitioner

## Affidavit

The facts and Info within this petition Is True and Correct To the Best of my Knowedge.

This 19 day of April, 2021

s/ [signature]
Andrew Wetzel

ANDREW D. WETZEL
#539179/C327
P.O. BOX #908
COVINGTON, LA 70433

NOT CENSORED
ST TAMMANY PARISH JAIL

U.S.D.C.—EASTERN
CLERK OF CLERK
500 POYDRAS ST.
ROOM C-151
NEW ORLEANS, LA 70130

