UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW WETZEL | CIVIL ACTION |
| VERSUS | NO. 21-809 |
| JAMES LEBLANC | SECTION M (2) |

## ORDER

Considering the *ex parte* motion of *pro se* plaintiff Andrew Wetzel to dismiss suit (R. Doc. 13),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the pending motion for preliminary injunction and temporary restraining order (R. Doc. 5) is DENIED AS MOOT.

IT IS FURTHER ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 13th day of May, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE